# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## JUDGE S. KATO CREWS

Case No. 1:22-cv-01338-SKC-SBP                Date: January 3, 2025

Case Title: Bjelland, et al. v. City and County of Denver, et al.

PLAINTIFF WITNESS LIST

| WITNESS | ESTIMATED DATE(S)[1] AND LENGTH OF TESTIMONY |
|---|---|
| Jazmine Bjelland | 1:30 |
| Derek Buranen | 1 |
| Gareth Doskey | 1 |
| Lauren Folkerts | 45 min |
| Joseph Gallegos | 1 |
| Robert Greer | 1 |
| Jack Girard | 1 |
| Zuri Hoskin | 45 min |
| "Lala" Jaramillo | 1:15 |
| Virya Kelsang | 1:15 |
| Kevin Kreeger | 1 |
| Sebastian McCants | 1 |

---

[1] Because trial dates are uncertain, Plaintiffs have not included estimated dates at this time.

| | |
|---|---|
| Christian McDonnell | 1:15 |
| Douglas Munn | 1 |
| Elisabeth Epps | 30 min |
| Hollis Lyman | 30 min |
| Stanford Smith | 30 min |
| Youssef Amghar | 30 min |
| Amanda Blasingame | 20 min |
| Adam Bolton | 1:15 |
| Ed Arnold | 1:30 |
| Clyde Carmody | 1:30 |
| Kenneth Chavez | 2 |
| Scott Hughes | 1 |
| Hans Levens | 2 |
| Vincent Lombardi | 1 |
| Sylvia Sitch | 1 |
| Anthony Tak | 1 |
| Ron Thomas | 1:30 |
| Aaron Sanchez | 1:30 |
| Nicholas Mitchell | 1:30 |

| | |
|---|---|
| Paul Pazen | 1:30 |
| Keith Valentine | 1:30 |
| Patrick Phelan | 2 |
| Michael O'Donnell | 2 |