IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 22-cv-01338-SKC-SBP

JAZMINE BJELLAND, *et al.*,

    Plaintiffs,

v.

CITY AND COUNTY OF DENVER and
ADAM BOLTON,

    Defendants.

---

# JUDGMENT

---

Pursuant to the Offer of Judgment served July 28, 2025, and the acceptance thereof filed August 12, 2016, with proof of service, and in accordance with Fed. R. Civ. P. 68(a), it is

ORDERED that judgment is hereby entered for Plaintiff Sean Christian McDonnell and against Defendant City and County of Denver in the amount of $85,000.00, excluding costs and attorney's fees to be determined separately by the Court pursuant to applicable law.

DATED at Denver, Colorado this 12th day of August, 2025.

                BY THE CLERK:
                JEFFREY P. COLWELL, CLERK

            By:   s/C. Pearson, Deputy Clerk