IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22–cv–01338–SKC–SBP

JAZMINE BJELLAND, *et. al.,*

    Plaintiffs,

v.

CITY AND COUNTY OF DENVER, COLORADO, and
ADAM BOLTON,

    Defendants.

## DEFENDANT'S NOTICE OF ADMISSION OF LIABILITY

Defendant City and County of Denver, by and through its undersigned counsel, hereby respectfully submits this Notice of Admission of Liability, as follows:

1. Plaintiffs' claims against Defendant City and County of Denver ("Denver") under 42 U.S.C. § 1983 allege the Plaintiffs' constitutional rights were violated by Denver. Denver hereby admits liability for Plaintiffs' two claims for relief under the First and Fourth Amendments. This Admission is without prejudice or effect as to Denver's remaining defenses in this case.

2. Based on this Admission, at trial Denver does not intend to contest issues related to liability but does intend to dispute, contest, and litigate issues related to each Plaintiff's alleged damages, including but not limited to: the nature and extent of the injuries claimed; the nature and extent of the damages claimed; whether those injuries and damages were caused by Denver's constitutional violations; and the reasonableness and necessity of any past or future medical or psychological treatment.

3. Based on this Admission and Denver's intent not to contest, dispute, or litigate issues related to liability, at trial the jury will be asked to decide only questions of causation and damages. As a result, evidence of liability is no longer relevant for presentation at trial. Denver intends to file a motion *in limine* related to the scope of evidence admissible at trial based on this Admission.

4. This Admission does not impact any remaining claims by any Plaintiff against Defendant Adam Bolton presently on appeal before the United States Court of Appeals for the Tenth Circuit.

5. This Admission is solely applicable to the specific claims of Plaintiffs against Denver made in this litigation. This Admission shall be without collateral effect concerning any other claim from anyone else against Denver, whether related to the subject matter of the Plaintiffs' claims against Denver or otherwise. Denver does not intend to be bound by this Admission in any other litigation or related to any other claim.

WHEREFORE, Defendant City and County of Denver respectfully submits this Notice of Admission of Liability.

Dated this 20th day of August 2025.

Respectfully submitted,

HALL & EVANS, LLC

*s/ Andrew D. Ringel*        .
Andrew D. Ringel, Esq.
Robert A. Weiner, Esq.
1001 17th Street, Suite 300
Denver, CO 80202
ringela@hallevans.com
weinerr@hallevans.com

and

BERG HILL GREENLEAF
RUSCITTI LLP

*s/ Geoffrey C. Klingsporn*
Josh A. Marks, Esq.
David J. Goldfarb, Esq.
Geoffrey C. Klingsporn, Esq.
1712 Pearl Street
Boulder, CO 80302
Phone: (303) 402-1600
Fax: (303) 402-1601
Email:jam@bhgrlaw.com
djg@bhgrlaw.com
geoff.klingsporn@bhgrlaw.com

**ATTORNEYS FOR DEFENDANTS**

3

**CERTIFICATE OF SERVICE (CM/ECF)**

I hereby certify that on this 20th day of August 2025, a true and correct copy of the foregoing was filed by CM/ECF and was served on all parties of record:

s/ Elizabeth Miller            .
Legal Assistant
Hall & Evans, L.L.C.
