IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-1338-SKC-SBP

JAZMINE BJELLAND, *et al.*,

        Plaintiffs,

  v.

CITY AND COUNTY OF DENVER,

        Defendant.

---

### STIPULATED PROPOSED VERDICT FORM

---

We, the jury, upon our oaths, find and state as follows:

**Plaintiff Jazmine Bjelland**

1. Did Jazmine Bjelland prove a violation of her First Amendment rights?

   Yes _____          No _____

2. Did Jazmine Bjelland prove a violation of her Fourth Amendment rights?

   Yes _____          No _____

*Check the line that applies. If you marked yes to one or both questions, continue to Question 3. If you answered no to both Questions 1 and 2, skip to Question 7.*

3.  Is Denver liable for violating Jazmin Bjelland's First or Fourth Amendment rights under the following theories as explained in Jury Instructions No. __?

*Check all that apply. If none apply, do not check any boxes and skip to Question 7.*

| Claim | Policy/Practice/Custom (Instruction No. __) | Failure to Train (Instruction No. __) | Failure to Supervise (Instruction No. __) |
|---|---|---|---|
| First Amendment | | | |
| Fourth Amendment | | | |

*If you checked any boxes above, continue to Question 4.*

4.  What amount of compensatory damages do you award to Jazmine Bjelland? (Jury Instruction No. __)

    $_____

5.  Did Denver prove that Jazmine Bjelland failed to mitigate her damages?

    Yes   ____          No   ____

*Check the line that applies. If you marked Yes, continue to Question 6. If you checked no, continue to Question 7.*

6.  What amount, if any, of Jazmine Bjelland's total damages was caused by her failure to mitigate her damages? (Jury Instruction No. __)

    $_____

    Do not reduce the damages by this amount, if any, because the court will do so when entering judgment.

1

## Plaintiff Derek Buranen

7. Did Derek Buranen prove a violation of his First Amendment rights?

 Yes _____   No _____

8. Did Derek Buranen prove a violation of his Fourth Amendment rights?

 Yes _____   No _____

*Check the line that applies. If you marked yes to one or both questions, continue to Question 9. If you answered no to both Questions 7 and 8, skip to Question 13.*

9. Is Denver liable for violating Derek Buranen's First or Fourth Amendment rights under the following theories as explained in Jury Instructions No. _____?

*Check all that apply. If none apply, do not check any boxes and skip to Question 13.*

| Claim | Policy/Practice/Custom (Instruction No. __) | Failure to Train (Instruction No. __) | Failure to Supervise (Instruction No. __) |
|---|---|---|---|
| **First Amendment** | | | |
| **Fourth Amendment** | | | |

*If you checked any boxes above, continue to Question 10.*

10. What amount of compensatory damages do you award to Derek Buranen? (Jury Instruction No. __)

 $_____

11. Did Denver prove that Derek Buranen failed to mitigate his damages?

 Yes ____   No _____

*Check the line that applies. If you marked Yes, continue to Question 12. If you checked no, continue to Question 13.*

2

12. What amount, if any, of Derek Buranen's total damages was caused by his failure to mitigate her damages? (Jury Instruction No. __)

    $_____

*Do not reduce the damages by this amount, if any, because the court will do so when entering judgment.*

### Plaintiff Gareth Doskey

13. Did Gareth Doskey prove a violation of his First Amendment rights?

    Yes _____         No _____

14. Did Gareth Doskey prove a violation of his Fourth Amendment rights?

    Yes _____         No _____

*Check the line that applies. If you marked yes to one or both questions, continue to Question 15. If you answered no to both Questions 13 and 14, skip to Question 19.*

15. Is Denver liable for violating Gareth Doskey's First or Fourth Amendment rights under the following theories as explained in Jury Instructions No. _____?

*Check all that apply. If none apply, do not check any boxes.*

| Claim | Policy/Practice/Custom (Instruction No. __) | Failure to Train (Instruction No. __) | Failure to Supervise (Instruction No. __) |
|---|---|---|---|
| **First Amendment** | | | |
| **Fourth Amendment** | | | |

*If you checked any boxes above, continue to Question 16.*

3

16. What amount of compensatory damages do you award to Gareth Doskey? (Jury Instruction No. __)

    $_____

17. Did Denver prove that Gareth Doskey failed to mitigate his damages?

    Yes   ____              No   ____

*Check the line that applies. If you marked Yes, continue to Question 18. If you checked no, continue to Question 19.*

18. What amount, if any, of Gareth Doskey's total damages was caused by his failure to mitigate his damages? (Jury Instruction No. __)

    $_____

    *Do not reduce the damages by this amount, if any, because the court will do so when entering judgment.*

### Plaintiff Jack Girard

19. Did Jack Girard prove a violation of his First Amendment rights?

    Yes ____              No ____

20. Did Jack Girard prove a violation of his Fourth Amendment rights?

    Yes ____              No ____

*Check the line that applies. If you marked yes to one or both questions, continue to Question 21. If you answered no to both Questions 19 and 20, skip to Question 25.*

4

21.   Is Denver liable for violating Jack Girard's First or Fourth Amendment rights under the following theories as explained in Jury Instructions _____?

*Check all that apply. If none apply, do not check any boxes.*

| Claim | Policy/Practice/Custom (Instruction No. __) | Failure to Train (Instruction No. __) | Failure to Supervise (Instruction No. __) |
|---|---|---|---|
| First Amendment | | | |
| Fourth Amendment | | | |

*If you checked any boxes above, continue to Question 22.*

22.   What amount of compensatory damages do you award to Jack Girard? (Jury Instruction No. __)

$_____

23.   Did Denver prove that Jack Girard failed to mitigate his damages?

Yes   ____          No   _____

*Check the line that applies. If you marked Yes, continue to Question 24. If you checked no, continue to Question 25.*

24.   What amount, if any, of Jack Girard's total damages was caused by his failure to mitigate his damages? (Jury Instruction No. __)

$_____

*Do not reduce the damages by this amount, if any, because the court will do so when entering judgment.*

**Plaintiff Robert Greer**

25.   Did Robert Greer prove a violation of his First Amendment rights?

Yes _____          No _____

5

26. Did Robert Greer prove a violation of his Fourth Amendment rights?

    Yes _____                    No _____

*Check the line that applies. If you marked yes to one or both questions, continue to Question 27. If you answered no to both Questions 25 and 26, skip to Question 31.*

27. Is Denver liable for violating Robert Greer's First or Fourth Amendment rights under the following theories as explained in Jury Instructions _____?

*Check all that apply. If none apply, do not check any boxes.*

| Claim | Policy/Practice/Custom (Instruction No. __) | Failure to Train (Instruction No. __) | Failure to Supervise (Instruction No. __) |
|---|---|---|---|
| **First Amendment** | | | |
| **Fourth Amendment** | | | |

*If you checked any boxes above, continue to Question 28.*

28. What amount of compensatory damages do you award to Robert Greer? (Jury Instruction No. __)

    $_____

29. Did Denver prove that Robert Greer failed to mitigate his damages?

    Yes  ____                    No  _____

*Check the line that applies. If you marked Yes, continue to Question 30.  If you checked no, continue to Question 31.*

6

30. What amount, if any, of Robert Greer's total damages was caused by his failure to mitigate his damages? (Jury Instruction No. __)

$_____

*Do not reduce the damages by this amount, if any, because the court will do so when entering judgment.*

### Plaintiff Kevin Kreeger

31. Did Kevin Kreeger prove a violation of his First Amendment rights?

    Yes _____          No _____

32. Did Kevin Kreeger prove a violation of his Fourth Amendment rights?

    Yes _____          No _____

*Check the line that applies. If you marked yes to one or both questions, continue to Question 33. If no to both, skip to the bottom of this verdict form.*

33. Is Denver liable for violating Kevin Kreeger's First or Fourth Amendment rights under the following theories as explained in Jury Instructions No. _____?

*Check all that apply. If none apply, do not check any boxes.*

| Claim | Policy/Practice/Custom (Instruction No. __) | Failure to Train (Instruction No. __) | Failure to Supervise (Instruction No. __) |
|---|---|---|---|
| **First Amendment** | | | |
| **Fourth Amendment** | | | |

*If you checked any boxes above, continue to Question 34. If not, skip to the bottom of this verdict form.*

34. What amount of compensatory damages do you award to Kevin Kreeger?

$_____

7

35.    Did Denver prove that Kevin Kreeger failed to mitigate his damages?

        Yes  \_\_\_\_               No  \_\_\_\_\_

*Check the line that applies. If you marked Yes, continue to Question 36. If you checked no, skip to the bottom of this verdict form.*

36.    What amount, if any, of Kevin Kreeger's total damages was caused by his failure to mitigate his damages? (Jury Instruction No. \_\_)

        $_____

*Do not reduce the damages by this amount, if any, because the court will do so when entering judgment.*

*The Foreperson must sign and date this Verdict Form and then give a note to the Marshal stating that you have reached a verdict. But do <u>not</u> give this Verdict Form to the Marshal.*

_____
DATE

_____
SIGNATURE OF
FOREPERSON

_____
NAME OF FOREPERSON

September 12, 2025

Respectfully submitted,

By: */s/ Matthew J. Douglas*
Matthew J. Douglas
Edwin P. Aro
David Jelsma
Arnold & Porter Kaye Scholer, LLP
1144 Fifteenth Street, Suite 3100
Denver, Colorado 80202
Matthew.Douglas@arnoldporter.com
Ed.Aro@arnoldporter.com
David.Jelsma@arnoldporter.com

Mindy A. Gorin
Michael Krouse
Diana Sterk
Arnold & Porter Kaye Scholer, LLP 250 West 55th Street
New York, NY 10019-9710
Mindy.Gorin@arnoldporter.com
Michael.Krouse@arnoldporter.com
Diana.Sterk@arnoldporter.com

Angelique A. Ciliberti
Erica McCabe
Arnold & Porter Kaye Scholer, LLP 601 Massachusetts Ave, NW. Washington, DC 20001
Angelique.Ciliberti@arnoldporter.com
Erica.McCabe@arnoldporter.com

Mohamed Al-Hendy
Arnold & Porter Kaye Scholer LLP 700 Louisiana Street
Houston, TX 77002
Mohamed.Al-Hendy@arnoldporter.com

Leah Motzkin
Angel Tang Nakamura
Arnold & Porter Kaye Scholer LLP
777 South Figueroa Street
44th Floor
Los Angeles, CA 90017-5844

9

Leah.Motzkin@arnoldporter.com
Angel.Nakamura@arnoldporter.com

*Attorneys for Plaintiffs*

BERG HILL GREENLEAF RUSCITTI LLP

*s/ Geoffrey C. Klingsporn*
Josh A. Marks David J. Goldfarb
Geoffrey C. Klingsporn
1712 Pearl Street
Boulder, CO 80302
Phone: (303) 402-1600
Fax: (303) 402-1601
Email: jam@bhgrlaw.com;
djg@bhgrlaw.com
geoff.klingsporn@bhgrlaw.com

HALL & EVANS, LLC

*s/ Andrew D. Ringel*
Andrew D. Ringel
Robert A. Weiner
1001 17th Street, Suite 300
Denver, CO 80202
ringela@hallevans.com;
weinerr@hallevans.com

*Attorneys for Defendants
City and County of Denver*

10

## CERTIFICATE OF SERVICE

I hereby certify that on September 12, 2025, I served via CM/ECF the foregoing Stipulated Proposed Verdict Form on all counsel of record.

*/s/ Matthew J. Douglas*